**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Administrative Committee for the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Alice Salazar; Frank Lesselyong; and Kleinman, Lesselyong, Novak & Russell,<br><br>　　　　Defendants. | No. CV 06-1592-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to Appear Telephonically at the Rule 16 Pretrial Conference on February 13, 2007. (Dkt. 30.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Leave to Appear Telephonically at the Rule 16 Pretrial Conference on February 13, 2007. (Dkt. 30.)

**IT IS FURTHER ORDERED** that Plaintiff's client representative, Edwin L. Rawson, and counsel for Plaintiff shall call the Court on <u>one clear telephone line</u> at 2:55 p.m. at 602-322-7555. The Court is not able to coordinate conference calls. Therefore, Plaintiff's client representative and Plaintiff's counsel shall make certain that they call the Court on one clear telephone line.

DATED this 22nd day of January, 2007.

Stephen M. McNamee
United States District Judge