**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Administrative Committee for the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan,<br><br>    Plaintiff,<br><br>vs.<br><br>Alice Salazar; Frank Lesselyong; and Kleinman, Lesselyong, Novak & Russell,<br><br>    Defendants. | No. CV 06-1592-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation for Extensions of Time. (Dkt. 37.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Stipulation for Extensions of Time. (Dkt. 37.)

**IT IS FURTHER ORDERED** that Plaintiff shall file its reply to Defendants' response to Plaintiff's Motion for Summary Judgment and its response to Defendants' Cross-Motion for Summary Judgment no later than March 19, 2007.

**IT IS FURTHER ORDERED** Defendants shall file their reply to Plaintiff's response to Defendants' Cross-Motion for Summary Judgment no later than April 26, 2007.

DATED this 28th day of February, 2007.

Stephen M. McNamee
United States District Judge