**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Administrative Committee for the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan,<br><br>      Plaintiff,<br><br>vs.<br><br>Alice Salazar; Frank Lesselyong; and Kleinman, Lesselyong, Novak & Russell,<br><br>      Defendants. | No. CV 06-1592-PHX-SMM<br><br>**ORDER** |

Pending before the Court are the parties' cross motions for summary judgments, as well as the corresponding briefs, Responses, and Replies. It has come to the Court's attention that none of the foregoing documents have been created or filed in accordance with the Local Rules of this Court. Failure to comply with the local rules will result in the Court striking the document.

LRCiv 7.1(c) provides:

> (c) **Electronic Documents.** Documents submitted for filing in the ECF System **shall** be in a Portable Document Format (PDF). Documents which exist only in paper format shall be scanned into PDF for electronic filing. **All other documents shall be converted to PDF directly from a word processing program** (e.g., Microsoft Word® or Corel WordPerfect®), rather than created from the scanned image of a paper document.

LRCivP 7.1(c).

The reason behind this rule is not arbitrary. In order for CM/ECF to function at its highest potential and for Chambers to perform efficiently and productively, the documents

filed with the Court must be created using a word processing program and must conform to the Rules of the Court .

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 26) is hereby struck from the record, with leave to re-file in accordance with the Local Rules of the Untied States District Court for the District of Arizona.

**IT IS FURTHER ORDERED** that Defendant's Cross Motion for Summary Judgment (Doc. 35) is struck from the record with leave to re-file in accordance with the Local Rules of the Untied States District Court for the District of Arizona.

**IT IS FURTHER ORDERED** that all corresponding briefs, Responses, and Replies (Doc. 27),(Doc. 28),(Docs. 35),(Doc. 36),(Doc. 40),(Doc. 41),(Doc. 42) are struck from the record with leave to re-file in accordance with the Local Rules of the Untied States District Court for the District of Arizona.

**It IS FURTHER ORDERED** that all motions struck herein shall be re-filed in accordance with the Local Rules no later than **Friday, June 1, 2007.**

DATED this 21st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -