**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Administrative Committee for the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan,<br><br>Plaintiff,<br><br>vs.<br><br>Alice Salazar; Frank Lesselyong; and Kleinman, Lesselyong, Novak & Russell,<br><br>Defendants. | No. CV 06-1592-PHX-SMM<br><br>**ORDER** |

Having received the Motion to Withdraw Motion for Attorney's Fees, Expenses and Prejudgment Interest [Doc. No. 55], filed with the Court on September 19, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff Administrative Committee for the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan's Motion to Withdraw the Motion for Attorney's Fees, Expenses and Prejudgment Interest [Doc. No. 55] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall note that Plaintiff's Motion for Attorney's Fees, Expenses and Prejudgment Interest [Doc. No. 54] has been **withdrawn** and shall be **struck** from the record.

DATED this 20th day of September, 2007.

Stephen M. McNamee
United States District Judge